[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 17, 2006
THOMAS K. KAHN
CLERK

No. 05-11930

D. C. Docket No. 03-00522 CR-2-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CHAVEZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

**(January 17, 2006)**

Before DUBINA and MARCUS, Circuit Judges, and GOLDBERG*, Judge.

PER CURIAM:

_____
*Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by
designation.

AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

(a)     the judgment of the district court is based on findings of fact that are not clearly erroneous;

(b)     the evidence in support of a jury verdict is sufficient;

(c)     the order of an administrative agency is supported by substantial evidence on the record as a whole;

(d)     summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

(e)     the judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.